UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:11-CR-02232 |
| | ) | |
| v. | ) | |
| | ) | |
| RANDOLPH JACKSON | ) | MOTION |

Comes now the United States of America, by and through its undersigned counsel, and respectfully moves the Court for leave to dismiss the Information in the above-entitled case without prejudice; and in support of this motion avers as follows:

On October 24, 2011, an Information was filed against the defendant in the above-entitled case, which charged that from in or about May 2004 until in or about October 2008, RANDOLPH JACKSON, willfully and knowingly did embezzle, steal, and convert to his own use money in excess of $1,000 belonging to the United States, in violation of Title 18, United States Code, Section 641.

The reason for dismissal is that on May 8, 2013, the Defendant, RANDOLPH JACKSON, completed the Pretrial Diversion Program.

Respectfully submitted,

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By: s/Winston D. Holliday, Jr.
    Winston D. Holliday, Jr.  ID NO. 7597
    Assistant U.S. Attorney
    1441 Main Street, Suite 500
    Columbia, South Carolina 29201
    (803) 929-3000
    winston.holliday@usdoj.gov

July 19, 2013

1